UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEDRO LOPEZ LINARES,

    Plaintiff,

v.                                         CASE NO. 8:18-cv-985-T-26CPT

ORLANDO E. SUAREZ,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the well-pleaded allegations of Plaintiff's complaint, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction Due to Plaintiff's Lack of Standing (Dkt. 29) is denied without prejudice. The Court prefers to decide the issue of standing within the context of a motion for summary judgment filed after the completion of full discovery. See Bischoff v. Osceola Cnty., Fla., 222 F.3d 874, 878 (11th Cir. 2000) (quoting Haase v. Sessions, 835 F.2d 902, 904 (D.C. Cir. 1987) for the various procedural methods, including a motion for summary judgment, by which a district court can address the issue of standing.).

**DONE AND ORDERED** at Tampa, Florida, on August 2, 2018.

                                    s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record